UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES OWENS ROBERTS | CIVIL ACTION NO.:  14-1450 |
| VERSUS | SECTION:  "1" |
| | MAGISTRATE:  01 |
| MEDICAL DIRECTORS/DOCTORS MR. R. D. INGLESE; MR. FRENCH | JURY DEMAND |

## AFFIDAVIT OF DR. R. DEMAREE INGLESE

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, came and appeared:

### DR. R. DEMAREE INGLESE

who after being duly sworn did depose and state:

1.      I hold an M.D. degree from the University Of Pennsylvania School Of Medicine, and I am licensed by the Louisiana State Committee of Medical Examiners to practice medicine in the state of Louisiana.

2.      I have been qualified on numerous occasions as an expert witness in both state and federal courts in the areas of internal medicine, correctional health care, infection control, and the treatment of HIV, Hepatitis C, and Tuberculosis.

3.      I have the qualifications and professional experience set forth in the attached Curriculum Vitae.

4. Among my other vocational duties, I am a sworn deputy sheriff with the St. Tammany Parish Sheriff's Office holding the rank of Captain, and I have served as the Medical Director of the St. Tammany Parish Jail ("the Jail") since May 2004.

5. I am one of the defendants named in the captioned lawsuit, along with Dr. Gary French, who has been a staff physician with the Jail Medical Department since 2004.

6. As a direct result of the above, I know the facts set forth in this affidavit of my own personal knowledge.

7. I have personally reviewed the Jail medical records of inmate Charles Owens Roberts, in addition to my recollections of personal interactions between myself and Mr. Roberts.

8. The Jail Medical Staff, specifically including both myself and Dr. French, responded to numerous requests for medical treatment made by Mr. Roberts during his term of incarceration at the Jail.

9. The medical care received by Mr. Roberts at all times fully complied with the applicable standard of care for institutional/correctional medicine. Specifically, he was never denied any necessary medication, and his concerns were always addressed in a timely manner.

10. In response to several ARP grievances filed by Mr. Roberts, I prepared several written statements that, when viewed together, constitute a summary of his medical treatment.

11. Those statements are attached to this affidavit *in globo,* and I hereby adopt those statements and make them a part of this affidavit as if fully repeated herein.

12. On at least three occasions during his incarceration at the Jail, Mr. Roberts refused to provide consent to medical treatments recommended by Jail physicians. The forms signed by Mr. Roberts evidencing these events are attached to this affidavit *in globo*.

13. The facts set forth in the attached statements are true and accurate to the best of my knowledge and ability, and the medical opinions stated therein are my medical opinions based upon my education, training, and experience in the field of medicine.

R. Demaree Inglese, M.D.

Sworn to and subscribed before me, this 4th day of March, 2015.

Notary Public
GARY L. HANES
ATTORNEY & NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR ROLL # 14341
NOTARY ID # 46816
My Commission Expires at Death

# INMATE COMPLAINT FORM

**Inmate's Name:** Mr. Charles Owens Roberts

**Booking Number:** 38893-415495

**Housing Assignment:** C-504-Beds

**DATE OF INCIDENT:** Between the Month of March And April 2014

**TIME OF INCIDENT:** Around About 7:00 A.M. O'Clock

**PLACE OF INCIDENT:** St. Tammany Parish Medical Office's

## COMPLAINT

When I Mr. Charles Owens Roberts, came to see Dr. Mr. Frenchy, would not Perscribes the right Perscriptions instead Tylenols, Ibuprofine, and Aleran, to these Medicines. I also caught a Attitude With him. And that when he told me in his on words I'm Bipolar and he wrote in my Medical Chart's that he recommend me to see the Phsycotrist Dr. Mr. Botz. and he start asking all kind Crazy Questions and I Told him I Seeking Regular Medicals Help. I Mr. Charles Owens Roberts, Never Ever want to see them ever again in Life. The very reason why I Was and Seeking Regular Medicals Help because I had Herniated Disc the Dr. did Surgery and he remove it and my Neck and put Two Rods in the Place and took the Two More Herinatels Discs and Fuses my Fives and Sixs togethers. And now I Mr. Charles Owens Roberts, stay Constant Chronies Pains the Bothers Neck, Shoulders Two of Them both Two Arms, Two Hips and Two Legs and Two Feet and Two Hands Tens Fingers Tens Toes. I Mr. Charles Owens Roberts, Fired the Bothers the Two Off My Medical Records for good Thank Y'All. Sincerely Your Truth Signatures Mr. Charles Owens Roberts Mr. and Mrs. Louise DeMotre who have Promblems and Issues he is the One's With Promblems and Issues Identhy Promblems and Issues. We as Soilders In the United States Arm has had to do Deep Study on Everybody. Televisible Deep Study that how I Mr. Charles Owens Roberts, Know the Mentally Distu̶r̶b̶e̶d̶ Disturped for Real. You don't have to License like Doctors to Know a Person's is Mentally Distuped for Real that's wrong with Dr. Mr. Frenchy, that who Illinois, Sun Teach his old Soilder's to for Real in Trainning. That Part to Work & So do I tell on that you are not our Medicians Because which I Know Oh cause the Doctors be hear The United States Federal Marshals. And the United States Federal Goverments that who Place's the Federal Grants hear

**Date Filed:** April 25 Friday, 2014

**Inmates' Signature:** Mr. Charles Owens Roberts

St. Tammany Parish Goverments for the Prpryse

## RESPONSE TO GRIEVANCE

To: Roberts, Charles          Cell Location: C-500
From: Dr. R. D. Inglese       Medical Director
      (Respondent)            (Title/Location)

GRIEVANCE

_____ FOUNDED        ✓ UNFOUNDED

REASONS: Please see attached typed response.

ACTION TAKEN/RECOMMENDATION (If Founded) N/A

DISPOSITION OF RECOMMENDATION (If Applicable) N/A

5-22-14
(Date)                        (Respondent Signature)

INSTRUCTIONS TO RESPONDENT: Return this Response to the Warden as quickly as is reasonably possible, but not later than 5 days from the date the inmate signs the receipt of receiving his/her Response to Grievance from the First Respondent.

### INMATE RECEIPT

(If you wish further review of your Grievance you must sign the following Request for Warden's Review and send it to the Warden within 5 days of receiving this Response. If your Grievance was noted as a Policy/Procedure challenge, the Warden may ask for employee & inmate advisory comments before making his decision. If you object to any particular inmate(s) so participating, List their names(s) below. You will receive the Warden's Decision within 30 days of filing of your Grievance, as the Warden can ask for a 5 day extension to respond).

5-22-14
(Date)                        (Inmate Signature)

### REQUEST FOR WARDEN'S REVIEW

I hereby request review of my Grievance by the Warden, or his designee.

_____            _____
(Date)                        (Inmate Signature)

### FOR WARDEN'S USE

Date Request for Warden's Review Received: _____

G-2014-May-015

## St. Tammany Parish Sheriff's Office
## Response to *Inmate Grievance*

**Inmate Name:** Roberts, Charles Owens          **Booking Number:** 184533

**Date responded:** 05/22/14                     **Inmate Location:** C-500

Recently, you completed an inmate *Grievance*, complaining that Dr. French and I discontinued your prescription eye drops. That is not true. When you came in to the jail, you informed the health staff that you took eye drops for your glaucoma. However, you were unable to identify the name of that medicine. Our doctors ordered Timolol for you while we waited for your outside medical records to arrive. You received the Timolol on 4/01/14.

Later, we received your medical records which identified Cosopt as your prescribed drops. Therefore we ordered that from our supplying pharmacy. When the Cospt arrived, we discontinued your Timolol because Cosopt has Timolol in it. (Cosopt is a combination mediaine containing Timolol and Dorzol.) You received the Cosopt on 4/07/14.

You are currently ordered Cosopt and Artificial Tears for your eyes. You received the artificial tears this month on May 12th. Your Cosopt is due to arrive today, and you will receive it then. There was a delay in our receiving the drops from the pharmacy this month. However, this should not have caused you to miss more than a few days of the Cosopt. Missing 3 or 4 days of the drops will not adversely affect your vision.

Please sign and date this form, acknowledging your receipt of this response. (Your signature does not indicate that you agree with this response. Your signature only verifies that you did, indeed, receive a response to your *Grievance*.)

_____                    _____
Inmate's Signature                                 Dr. R. D. Inglese

Received in Medical on 4/28/14 /pla

# INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Mr. Charles Owens Roberts   CELL LOCATION C-504-Bed 6

INMATE DATE OF BIRTH September 6, 1953   DATE OF INCIDENT March & April/2014

NAME & LOCATION OF WITNESSES _____

NAME OF STAFF INVOLVED Dr. Frenchy; & Dr. Botz' Againts The Two Medicals Staff; Fireds The Two of Them

SUMMARY OF COMPLAINT They use to work's for Corner's Dr. Mc Peter Galven; Who the Federal Goverments' Bust him with 10 Counts if he would not take the Fives Years. & Because he is a First Offend he will do Two Years on the Fives years. The Federal Goverments have them in place.

IS THIS AN EMERGENCY GRIEVANCE? YES ✓   NO ____

SPECIFIC RELIEF DESIRED Get proper treat & right trea. Medications

INMATE SIGNATURE Mr. Charles Owens Robert

*********************************************************************

## FOR WARDEN'S USE

Grievance # _____   Date Received _____

Type Grievance _____   Screened by _____

REJECTED: (return & obtain receipt)
____ Outside the scope of this procedure because
____ Does not personally affect this inmate
____ Disciplinary Review Board Decision
____ Refusal of mail
____ Court Decision / Pardon - Parole Board
____ Filed more than 90 days after the incident
____ Duplicate grievance by same inmate
____ Other: (specify)

RETURNED: (return & obtain inmate receipt)
____ Multiple complaints; file separate grievances
____ Vague complaint: state more facts / clarify
____ Summarize complaint
____ Other: (specify) _____

____ Accepted & referred to _____
Policy / procedure challenge:   yes ____ no ____

*********************************************************************

## INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____ (Date)                    _____ (Inmate Signature)

## RESPONSE TO GRIEVANCE

To: Mr. Charles Roberts             Cell Location: C-500

From: Dr. R. D. Inglese              Medical Director
       (Respondent)                   (Title/Location)

GRIEVANCE

_____ FOUNDED       ✓ UNFOUNDED

REASONS: Please see attached typed response.

ACTION TAKEN/RECOMMENDATION (If Founded) ―

DISPOSITION OF RECOMMENDATION (If Applicable) ―

4-30-14                              R C Inglese
(Date)                               (Respondent Signature)

INSTRUCTIONS TO RESPONDENT: Return this Response to the Warden as quickly as is reasonably possible, but not later than 5 days from the date the inmate signs the receipt of receiving his/her Response to Grievance from the First Respondent.

### INMATE RECEIPT

(If you wish further review of your Grievance you must sign the following Request for Warden's Review and send it to the Warden within 5 days of receiving this Response. If your Grievance was noted as a Policy/Procedure challenge, the Warden may ask for employee & inmate advisory comments before making his decision. If you object to any particular inmate(s) so participating. List their names(s) below. You will receive the Warden's Decision within 30 days of filing of your Grievance, as the Warden can ask for a 5 day extension to respond).

4/30/2014                            Mr. Charles Brooks Roberts
(Date)                               (Inmate Signature)

### REQUEST FOR WARDEN'S REVIEW

I hereby request review of my Grievance by the Warden, or his designee.

_____              _____
(Date)                               (Inmate Signature)

### FOR WARDEN'S USE

Date Request for Warden's Review Received: _____

G-2014-Apr-012

## St. Tammany Parish Sheriff's Office
## Response to *Inmate Grievance*

**Inmate Name:** Roberts, Charles Owens  **Booking Number:** 184533

**Date responded:** 04/30/14  **Inmate Location:** C-500

    Recently, you completed an inmate *Grievance* asking for Doctors French and Bhatt to be fired because they "used to work for the ex-St. Tammany Parish coroner, Dr. Peter Galvin who was recently convicted of Federal crimes. Neither Dr. French nor Dr. Bhatt has ever worked for or with Dr. Galvin. In fact, the current medical staff at this jail replaced Dr. Galvin's company as health care providers at the jail. Therefore, your allegations are completely unfounded, and no one will be fired.

    On Monday (4/28/14), I also received a *Complaint* form from you. I will take this opportunity to respond to it since we are already meeting to discuss your Grievance. You complained about the medical care that you have received thus far at the jail. I have reviewed your medical record extensively and spoken to the treating physicians. You underwent an extensive evaluation on April 3, 2014, and the treatment provided clearly met applicable standards of care. I would mention that you reported chronic neck pain but were NOT taking medications for that pain prior to your arrest. [You told this to Dr. French on the 3rd, and you also told it to the nurse on 3/20 when you had your intake Medical Screen and on 3/24, when you had your health Assessment.] Dr. French offered you both Tylenol and NSAIDS for your reported pain, but you refused them.] During your April 3rd appointment, Dr. French requested medical records from outside facilities where you reported that you'd received care. No records have been received yet. He also scheduled you a follow-up visit. That appointment is coming up in 1 to 2 weeks.

    In summary, I feel that your care has been appropriate. Both your *Grievance* and your *Complaint* are unfounded. Please sign and date this form, acknowledging your receipt of this response. (Your signature does not indicate that you agree with this response. Your signature only verifies that you did, indeed, receive a response to your *Grievance*.)

_____  _____
Inmate's Signature           Dr. R. D. Inglese

St. Tammany Parish Sheriff's Office
Medical Department
## Medical Refusal Form

Name: Charles Roberts   Inmate #: _____

This is to certify that I, Charles Roberts, an inmate in the custody of the St. Tammany Parish Sheriff's Office have been informed that I have the following diagnosis: Chronic Low back pain I am refusing the following treatment / procedure: motrin, naprosyn, Tylenol as advised by the physician, Dr. French.

I acknowledge that I have been informed of the risks and possible consequences that may result from refusing such treatment, including but not limited to the following:

pain & ROM nursing of SX, and I was given an opportunity to ask any questions. I still refuse care. I hereby release the physician, jail health staff, and the St. Tammany Parish Sheriff's Office from any and all responsibility for ill effects which may result from my refusal of care. _____
Inmate's Initials

X  Mr. Charles Owens Roberts       x 4 / 14 / 2014
   Inmate's Signature                   Date

           ☐ Inmate refuses to sign   _____
                                       Staff initials

----

The inmate:   ✓ Is alert and oriented x 3.   ✓ Has clear, ordered, and organized thought processes.
              ✓ Appears to have a good understanding of the situation and is competent to refuse.

Health Staff: _____   Date / Time: 4-3-14
Witness: _____       Date / Time: _____

## St. Tammany Parish Sheriff's Office
## Medical Department
## Medical Refusal Form

Name: Roberts, Charles          Inmate #: 38883

This is to certify that I, Charles Owens Roberts an inmate under the custody of the St. Tammany Parish Sheriff's Office have been informed that I have the following diagnosis - Asthma  Glaucoma  Chronic Neck pain  Hypertension  High Cholesterol. I refuse to have the recommended procedure/treatment, My follow-up visit with Dr. French.

as advised by the physician, Dr. Inglese.

I acknowledge that I have been informed of the risks and possible consequences that may result from refusing such treatment. I hereby release the attending physician or other medical personnel, and the St. Tammany Parish Sheriff's Office from any and all responsibility for ill effects which may result from this refusal. Risks of uncontrolled asthma + HTN, ↑ pain, MI, CVA, and death explained to IM.

D.O.B. 9/6/58          AGE 55

SS# _____          SEX M

_____          4/30/2014
Inmate's Signature                  Date

☐ Inmate refuses to sign

Pt. A+O x3. T. Processes - clear, ordered, + org. Competent to refuse /RCC

Witness: R C Anglin MD          Date/Time: 4-30-14  1045
Witness: Dy. Rel, #6501          Date/Time: 4-30-14 @ 1045
Clerk / Nurse Name: _____        Date/Time: _____

STPSOMed7

## St. Tammany Parish Sheriff's Office
### Medical Department
### Medical Refusal Form

Name: __Roberts Charles__   Inmate #: __38883__

This is to certify that I, __Roberts Charles__, an inmate in the custody of the St. Tammany Parish Sheriff's Office have been informed that I have the following diagnosis: __Psych problem__. I am refusing the following treatment / procedure: __F/U Psych interview & treatmt plan__ as advised by the physician, __STPSO Psychiatrist__.

I acknowledge that I have been informed of the risks and possible consequences that may result from refusing such treatment, including but not limited to the following: __worsening of psych symptoms including death__, and I was given an opportunity to ask any questions. I still refuse care. I hereby release the physician, jail health staff, and the St. Tammany Parish Sheriff's Office from any and all responsibility for ill effects which may result from my refusal of care. __C.O.R.__
Inmate's Initials

_M. Charles Owens Roberts_    __5/2/2014__
Inmate's Signature                  Date

☐ Inmate refuses to sign  _____
                            Staff initials

The inmate:  ✓ Is alert and oriented x 3.    ✓ Has clear, ordered, and organized thought processes.   No SI. No AI
             ✓ Appears to have a good understanding of the situation and is competent to refuse.

Health Staff: __S. Bhatt MD__    Date / Time: __05/2/14  0946__
Witness: _____         Date / Time: _____
         3047

will continue to encourage.